# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHAWONDA PARKER, o/b/o A.N.J.                                              PLAINTIFF

v.                              No. 3:16CV00279-JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                             DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition from United States Magistrate Judge Beth Deere. Parker has not filed objections. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

The Commissioner's decision is AFFIRMED, and plaintiff Shawonda Parker's complaint is DISMISSED with prejudice.

DATED this 11th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE