IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWONDA PARKER, o/b/o A.N.J.                                              PLAINTIFF

v.                              No. 3:16CV00279-JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 11th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE